**R. C. MALONE and Nettie A. Malone, Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 71-2543**

**Summary Calendar.\***

United States Court of Appeals, Fifth Circuit.

Jan. 28, 1972.

Ben Ferrell Mitchel, Cleveland, Miss., for plaintiffs-appellants.

---

\* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

---

H. M. Ray, U. S. Atty., Oxford, Miss., Jack D. Warren, Atty., Fred B. Ugast, Asst. Atty. Gen., Meyer Rothwacks, Bennet N. Hollander, John M. Scott, Jr., Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Taxpayers appeal from the first and third questions decided by the District Court in a written opinion. Malone v. United States, 326 F.Supp. 106 (N.D. Miss.1971). For the reasons set forth therein, we affirm.

Affirmed.